(Del. Rev.12/98)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

**FILED**
OCT 1 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

NINA SHAHIN

(Name of Plaintiff or Plaintiffs)

v.                                           CIVIL ACTION NO. 07-644

STATE OF DELAWARE

Department of Finance, Division of Accounting
(Name of Defendant or Defendants)

## COMPLAINT

1. This action is brought pursuant to **Title VII, ADEA**
   (Federal statute on which action is based)

   for discrimination related to **national origin, age(57)** jurisdiction exists by virtue of
   (In what area did discrimination occur? e.g. race, sex, religion)

   **Title VII, ADEA** .0.
   (Federal statute on which jurisdiction is based)

2. Plaintiff resides at **103 Shinnecock Rd.**
                         (Street Address)
   **Dover      Kent      DE      19904**
   (City)     (County)   (State)  (Zip Code)

   **(302) 678-1805**
   (Area Code) (Phone Number)

3. Defendant resides at, or its business is located at **820 Silver Lake Blvd., Suite 200**
                                                         (Street Address)
   **Dover      Kent      DE      19904**
   (City)     (County)   (State)  (Zip Code)

4. The alleged discriminatory acts occurred on _____, _____, **2005-2006**.
                                                (Day)   (Month)   (Year)

5. The alleged discriminatory practice  ☒ is  ☐ is not continuing.

6.  Plaintiff(s) filed charges with the __DE Dept. of Labor & EEOC__
    (Agency)

__24 N.W. Front St., Suite 100, Milford, DE 19963__
(Street Address)   (City)   (County)   (State)   (Zip)

regarding defendant(s) alleged discriminatory conduct on: __2005-2006 application for 3 different__
(Date) __positions__

7.  Attach decision of the agency which investigated the charges referred in paragraph 6 above.

8.  Was an appeal taken from the agency's decision?    Yes XX    XXXXX

    If yes, to whom was the appeal taken? __EEOC__

9.  The discriminatory acts alleged in this suit concern: (Describe facts on additional sheets if necessary)

    Candidates for 3 positions (accountant II, Accountant IX (4 positions) and Accountant V with less experience and education were appointed. The Plaintiff was specifically asked what was her nationality.

10. Defendant's conduct is discriminatory with respect to the following:
    - A.  Q   Plaintiff's race
    - B.  Q   Plaintiff's color
    - C.  Q   Plaintiff's sex
    - D.  Q   Plaintiff's religion
    - XX E.  X   Plaintiff's national origin
    - F.  X   Plaintiff's age (57)

11. Plaintiff prays for the following relief: (Indicate the exact relief requested)

maximum allowed by law

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/12/2007

N. Shah
(Signature of Plaintiff)

EEOC Form 161 (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Nina I. Shahin<br>103 Shinnecock Road<br>Dover, DE 19904 | From: | Philadelphia District Office<br>21 South 5th Street<br>Suite 400<br>Philadelphia, PA 19106 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 17C-2007-00253 | Charles Brown, III,<br>State & Local Coordinator | (215) 440-2842 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*                                                              July 19, 2007

Enclosure(s)                                                              *(Date Mailed)*

**Marie M. Tomasso,**
**District Director**

cc: **STATE OF DE**

Chris D. Jelepis, Labor Relations Specialist
OFFICE OF MGT AND BUDGET
Carvel State Bldg, 10th Floor
820 North French Street
Wilmington, DE 19801

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[X] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>06120540M<br>17C-2007-00253 |
|---|---|---|

Delaware Department of Labor — State or local Agency, if any — and EEOC

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Nina I. Shahin | (302) 678-1805 | 12-18-1949 |

Street Address: 103 Shinnecock Road, Dover, DE 19904

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| STATE OF DELAWARE | 15 - 100 | (302) 577-8979 |

Street Address: Dept. Of Finance, 820 N. French Street, Wilmington, DE 19801

DISCRIMINATION BASED ON (Check appropriate box(es).)
[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [X] NATIONAL ORIGIN
[X] RETALIATION  [X] AGE  [ ] DISABILITY  [ ] OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 09-06-2006     Latest: 09-06-2006
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**Jurisdiction:** Charging Party was denied employment at Respondent's Dover, DE location on 09/06/2006.
**Charging Party's protected class:** Age (56), National Origin (Ukraine), Retaliation.
**Adverse employment action:** Hiring.
**Brief statement of allegations:** Charging Party was discriminated against based on her age (56) and National Origin (Ukraine) when Respondent denied her employment to a position of State Accountant II (Posting #06-9), State Accountant IV (Posting #06-13-2), and State Accountant V (Posting #06-12) in its Department of Finance.
**Respondent's explanation:** With regard to the State Accountant II position, Betsy Cole of Human Resources issued Charging Party a letter stating it selected other candidates for consideration in its search to fill the position. With regard to the State Accountant IV position, Deputy Director Valerie M. Watson issued Charging Party a letter stating it selected other candidates for consideration in its search to fill the position. With regard to the State Accountant V position, Deputy Director Valerie M. Watson issued Charging Party a letter stating it selected other candidates for consideration in its search to fill the position.
**Applicable law(s):** The Age Discrimination in Employment Act, as amended; Title VII of the Civil Rights Act of 1964, as amended. The State of Delaware's Discrimination in Employment Act, as amended.
**Comparator(s) or other specific reason(s) for alleging discrimination:** With regard to the State Accountant II position, Charging Party states Respondent's actions against her were in retaliation to her previously filed Charges of Discrimination. With regard to the State Accountant IV position, Charging Party states Respondent introduced a written test which it utilized as a measure to eliminate her as a discriminatory act based upon her age and National Origin. Charging Party states the test was introduced after the advertisement was placed, which did not mention an exam as a minimum qualification or as part of the candidacy selection process. Charging Party states Respondent's actions against her were in retaliation to her previously filed Charges of Discrimination. With regard to the State Accountant V position, Charging Party states she was asked by an interviewer what her National Origin was after the interview had concluded. Charging Party states Respondent's actions against her were in retaliation to her previously filed Charges of Discrimination.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Oct 30, 2006
Date — Charging Party Signature

NOTARY — When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

**FILED OCT 16 2007**
DISTRICT OF DELAWARE

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

07-644

## I. (a) PLAINTIFFS
NINA SHAHIN

**DEFENDANTS**
STATE OF DELAWARE, DIVISION OF ACCOUNTING

(b) County of Residence of First Listed Plaintiff: **Kent**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Kent**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

pro se

(c) Attorney's (Firm Name, Address, and Telephone Number)
103 Shinnecock Rd., Dover, DE 19904
(302) 678-1805

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☒ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | Habeas Corpus: |  ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 530 General | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights |  |  |
|  |  | ☐ 555 Prison Condition |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title VII (42 USC, sec. 2000 et seq.) ADEA (29 USC 621 et seq.)
Brief description of cause:
discrimination in employment on national origin & age

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ max under law
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE **GMS**
CA No. 06-289
DOCKET NUMBER **07-cv-452**

DATE: 10/15/2007
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____