IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NINA SHAHIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-644-GMS |
| | ) |
| STATE OF DELAWARE, | ) |
| DEPARTMENT OF FINANCE | ) |
| DIVISION OF ACCOUNTING, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 30th day of October, 2007, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States Magistrate Judge