| U.S. Department of Justice  United States Marshals Service | **PROCESS RECEIPT AND RETURN**  See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |
|---|---|

| PLAINTIFF  NINA SHAHIN, CPA | COURT CASE NUMBER  Civ.No.07-644-GMS-LPS |
|---|---|
| DEFENDANT  DEPARTMENT OF FINANCE, DIVISION OF ACCOUNTING | TYPE OF PROCESS  OC |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
RICHARD S. CORDREY, SECRETARY OF FINANCE

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
820 N.FRENCH ST., WILMINGTON, DE 19801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

NINA SHAHIN, CPA
103 SHINNECOCK RD.
DOVER, DE 19904

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PAUPER CASE

all state offices to be served are locatd in the Carvel StateOffice Building

Signature of Attorney or other Originator requesting service on behalf of:
N. Shahin
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (302)678-1805
DATE: 2/11/2008

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process  1 | District of Origin No. 15 | District to Serve No. 15 | Signature of Authorized USMS Deputy or Clerk  BF | Date  2-25-08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above):
Joanne Gawinski, Admin Spec III

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 2/25/08    Time: [illegible]  am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | | | | |

REMARKS: