UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| NINA SHAHIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-644 GMS |
| | ) |
| STATE OF DELAWARE, and | ) |
| DEPARTMENT OF FINANCE, DIVISION OF | ) |
| ACCOUNTING, | ) |
| | ) |
| Defendants. | ) |

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS
STATE OF DELAWARE AND DEPARTMENT OF FINANCE, DIVISION OF
ACCOUNTING TO
PLAINTIFF'S COMPLAINT

NOW COME Defendants the State of Delaware and the Department of Finance, Division of Accounting ("State Defendants") by and through undersigned counsel, and hereby Answer the Complaint and state:

1. Paragraph No. 1 calls for a legal conclusion to which no response is required.

2. State Defendants are without sufficient information or knowledge on which to form a belief as to the truth of the allegations in paragraph no. 2 and therefore deny same.

3. Admitted only that the principal place of business for State Defendant Department of Finance, Division of Accounting is located at 820 Silver Lake Boulevard, Dover, Delaware.

4. State Defendants are without sufficient information or knowledge on which to form a belief as to the truth of the allegations in paragraph no. 4 and therefore deny same.

5. State Defendants are without sufficient information or knowledge on which to form a belief as to the truth of the allegations in paragraph no. 5 and therefore deny same.

6. State Defendants are without sufficient information or knowledge on which to form a belief as to the truth of the allegations in paragraph no. 6 and therefore deny same.

7. Paragraph No. 7 is a statement to which no response is required.

8. State Defendants are without sufficient information or knowledge on which to form a belief as to the truth of the allegations in paragraph no. 8 and therefore deny same.

9. Denied as averred. Admitted that Plaintiff applied for the positions of State Accountant II, State Accountant V, and State Accountant IV. The balance of the averment is denied.

10. Paragraph No. 10 calls for a legal conclusion to which no response is required. By way of further answer, the averments in paragraph no. 10 are denied as alleged.

11. Paragraph No. 11 is a request for relief by Plaintiff to which no response is required.

## FIRST AFFIRMATIVE DEFENSE

12. Plaintiff lacks standing to raise the claim alleged and/or lacks injury in fact.

## SECOND AFFIRMATIVE DEFENSE

13. The Complaint fails to state any claim upon which relief may be granted.

## THIRD AFFIRMATIVE DEFENSE

14. Plaintiff's Complaint should be dismissed as she has failed to first exhaust her administrative remedies.

## FOURTH AFFIRMATIVE DEFENSE

15. This Honorable Court lacks subject matter jurisdiction over Plaintiff's claim.

## FIFTH AFFIRMATIVE DEFENSE

16. Plaintiff has no property interest or other right that is subject to protection in this action.

## SIXTH AFFIRMATIVE DEFENSE

17. Plaintiff's claims are barred by sovereign immunity.

## SEVENTH AFFIRMATIVE DEFENSE

18. Plaintiff's claims are barred by Eleventh Amendment immunity.

## EIGHTH AFFIRMATIVE DEFENSE

19. Plaintiff's claims are barred by absolute immunity or qualified immunity.

## NINTH AFFIRMATIVE DEFENSE

20. Plaintiff's claims are not ripe for adjudication.

WHEREFORE, State Defendants pray that:

1. Plaintiff's case be dismissed with prejudice in its entirety;

2. All costs be assessed against Plaintiff;

3. State Defendants be granted reasonable attorney's fees; and

4. State Defendants be granted such other relief as this Honorable Court may deem just and proper.

Respectfully submitted,

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Stuart B. Drowos
Stuart B. Drowos (DE I.D. #427)
Laura L. Gerard (DE I.D. # 3202)
Deputy Attorneys General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400

                                                    Attorneys for State of Delaware and
                                                    Department of Finance, Div. of Acctg.

Dated: March 17, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2008, I electronically filed the attached Answer and Affirmative Defenses of State Defendants State of Delaware and Department of Finance, Division of Accounting to Plaintiff's Complaint, with the Clerk of Court using CM/ECF and mailed by United States Postal Service, the document(s) to the following non-registered participants:

By U.S. Mail, first class (2 copies):
Ms. Nina Shahin
103 Shinnecock Rd.
Dover, DE 19904

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Laura L. Gerard
Laura L. Gerard (DE I.D. #3202)
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Laura.Gerard@state.de.us