## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| NINA SHAHIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     C.A. No. 07-644 GMS-LPS |
| | ) |
| STATE OF DELAWARE, and | ) |
| DEPARTMENT OF FINANCE, DIVISION | ) |
| OF ACCOUNTING | ) |
| | ) |
| Defendants. | ) |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Stuart B. Drowos on behalf of Defendants State of Delaware and Department of Finance, Division of Accounting in the above captioned action. This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the State Defendants. The State Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

                                             STATE OF DELAWARE
                                             DEPARTMENT OF JUSTICE

                                             /s/ Stuart B. Drowos
                                             Stuart B. Drowos (Atty. I.D. #427)
                                             Deputy Attorney General
                                             Carvel Building
                                             820 North French Street, 6th Floor
                                             (302) 577-8400
                                             Attorneys for State of Delaware and
                                             Department of Finance

Dated: March 31, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2008 I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on March 31, 2008, I have mailed by United States Postal Service, the document to the following non-registered party: Nina Shahin, 103 Shinnecock Road, Dover, DE 19904.

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/ Stuart B. Drowos
    Stuart B. Drows (Atty. I.D. #427)
    Deputy Attorney General
    Carvel State Building
    820 North French Street, 6th Floor
    Wilmington, DE 19801
    (302) 577-8400
    Attorneys for State of Delaware and
    Department of Finance