## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NINA SHAHIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-644 GMS/LPS |
| | ) | |
| STATE OF DELAWARE, and | ) | |
| DEPARTMENT OF FINANCE, DIVISION | ) | |
| OF ACCOUNTING, | ) | |
| | ) | |
| Defendants. | ) | |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Laura L. Gerard on behalf of Defendants State of Delaware and Department of Finance, Division of Accounting in the above captioned action. This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the State Defendants. The State Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Laura L. Gerard
Laura L. Gerard (DE I.D. #3202)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorneys for State of Delaware and
Department of Finance

Dated: April 1, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2008 I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on April 1, 2008, I have mailed by United States Postal Service, the document to the following non-registered party: Nina Shahin.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Laura L. Gerard
Laura L. Gerard (DE I.D. #3202)
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE 19801
Attorneys for State of Delaware and
Department of Finance