## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

NINA SHAHIN,                              )
                                         )
       Plaintiff,                        )
                                         )
       v.                                )    C.A. No. 06-289 GMS
                                         )    C.A. No. 07-452 GMS
STATE OF DELAWARE, et al                 )    C.A. No. 07-641 GMS/LPS
                                         )    C.A. No. 07-642 GMS/LPS
                                         )    C.A. No. 07-643 GMS/LPS
       Defendants,                       )    C.A. No. 07-644 GMS/LPS

### PLAINTIFF'S MOTION TO JOIN OTHER PARTIES AND AMENDMENT OF PLEADINGS

The Plaintiff, Nina Shahin, files this Motion to join all lawsuits filed against the different agencies of the State of Delaware into one lawsuit. The Plaintiff also requests the new schedule for discovery for all the above-mentioned lawsuits especially since she worked as a Tax Manager of one of the busiest free tax preparation sites in the State of Delaware and had no opportunity to do anything about the necessary actions for discovery before the end of April, 2008.

The Plaintiff amends the pleadings for relief as follows: "The Plaintiff prays that the Court grant relief as may be appropriate including injunctive orders, damages and costs."

Submitted on this 16th day of May, 2008.

For the Plaintiff

Nina Shahin, CPA

103 Shinnecock Rd.
Dover, DE 19904
(302)678-1805

DATED: May 16, 2008

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

The undersigned certifies that on May 16, 2008, she caused the attached Plaintiff's *Motion To Join Other Parties and Amendment of Pleadings* to be delivered to the following persons in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENTS:**

1.    **U.S. District Court**
      844 King Street
      U.S. Courthouse
      Wilmington, DE 19801

MANNER OF DELIVERY:

      Original and a copy by certified mail with return receipt

2.    **Stephani J. Ballard, # 3481**
      Deputy Attorney General
      Department of Justice
      State of Delaware
      Carvel State Office Building
      820 North French Street, 6th fl.
      Wilmington, DE 19801
      Attorney for Defendant

MANNER OF DELIVERY:

      Two true copies by priority mail with confirmation of receipt

3.    **Laura L. Gerard**
      Deputy Attorney General
      Department of Justice
      State of Delaware
      Carvel State Office Building
      820 North French Street, 6th fl.
      Wilmington, DE 19801
      Attorney for Defendant

MANNER OF DELIVERY:

      Two true copies by priority mail with confirmation of receipt

4.    **Frederick H. Schranck**
      Deputy Attorney General
      800 Bay Rd., P.O. Box 778
      Dover, DE 19903
      Attorney for the Defendant

MANNER OF DELIVERY:

Two true copies by priority mail with confirmation of receipt

5.    **Beau Biden**
      Attorney General of the State of Delaware
      820 North French Street,
      Wilmington, DE 19801
      Attorney for Defendant

MANNER OF DELIVERY:

Two true copies by priority mail with confirmation of receipt

6.    **John B. Hindman**
      Deputy Attorney General
      102 West Water St., 3rd Floor
      Dover, DE 19004-6750

MANNER OF DELIVERY:

Two true copies by priority mail with confirmation of receipt

**Nina Shahin**

**May 16, 2008**

iii

Nina Shahin, CPA
103 Shinnecock Rd.
Dover, DE 19904

Cases: C.A. No. 06 - 289 GMS
07 - 452 GMS
07 - 641 GMS / LPS
07 - 642 GMS / LPS
07 - 643 GMS / LPS
07 644 GMS / LPS

**U.S. District Court**
844 King Street
U.S. Courthouse
Wilmington, DE 19801