## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| NINA SHAHIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-644 GMS |
| | ) |
| STATE OF DELAWARE, and | ) |
| DEPARTMENT OF FINANCE, | ) |
| DIVISION OF ACCOUNTING, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

I, Laura L. Gerard, Deputy Attorney General, hereby certify that on July 29, 2008, caused to be served by first class mail, postage prepaid, and delivered two copies of Defendant State of Delaware's First Set of Interrogatories to Plaintiff to:

Ms. Nina Shahin
103 Shinnecock Road
Dover, DE 19904

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    */s/ Laura L. Gerard*
    Laura L. Gerard (DE I.D. #3202)
    Deputy Attorney General
    820 North French Street, 6th Floor
    Wilmington, DE 19801
    (302) 577-8400

DATED:    July 29, 2008